UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER ALAN PERRY,
        PETITIONER,

Vs.

UNITED STATES OF AMERICA,
        RESPONDENT.
_____/

CASE NO.: 04-CV-40381
CRIM. NO.: 04-CR-50014

HON. PAUL V. GADOLA
MAG. JUDGE STEVEN D. PEPE

## ORDER REGARDING MOTION TO WITHDRAW §2255 PETITION

Through counsel, Petitioner filed a "Motion to Withdraw §2255 Petition" on June 7,

2007 (Dkt. #36). Petitioner gives the following reasons:

> [1.]Petitioner, undersigned counsel, and the Federal Defender Office investigator
> have met in person and discussed this matter at length.
> [2.]After being apprised of all of his rights and careful consideration of his options,
> Petitioner has determined that it is not in his best interest to proceed with the §2255
> petition. Petitioner's Affidavit in support of his motion is attached hereto.
> [3.]Undersigned counsel has spoken to Assistant U.S. Attorney Nancy Abraham, and
> she has indicted that she concurs in the requested relief.

*Id.* at 1-2.

Therefore **IT IS ORDERED** that the motion to Withdraw as Counsel is **GRANTED** and the

Petition is hereby **DISMISSED**.

**IT IS SO ORDERED.**

Dated: June 12, 2007
      Flint, Michigan

s/Steven D. Pepe_____
United States Magistrate Judge

1

**CERTIFICATE OF SERVICE**


I hereby certify that on June 12, 2007, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following: Nancy A. Abraham, David A. Koelzer,

and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participant(s): Dale M. Smith, 808 E. Maple Street, Holly, MI 48442, and Christopher Perry, #32263-039, Federal Medical Center, P.O. Box 14500, Lexington, KY 40512.

s/James P. Peltier
United States District Court
Flint, Michigan 48502
810-341-7850
E-mail: pete_peltier@mied.uscourts.gov
